UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61624-CIV-ZLOCH

MYD MARINE DISTRIBUTORS, INC.,
et al.,

       Plaintiffs,        **ORDER FOR PRE-TRIAL**
                                              **CONFERENCE**
vs.

DONOVAN MARINE, INC.,

       Defendant.
_____/

    The above-styled cause is hereby set for Pre-Trial Conference on **September 26, 2008**, at **9:30 a.m.** at the United States Courthouse, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Broward County, Florida. Pursuant to Local Rule 16.1 of this Court, **THE PARTIES SHALL ABIDE BY THE FOLLOWING TIME SCHEDULE UNDER PENALTY OF DISMISSAL OR OTHER SANCTION.**

TIME SCHEDULE

| | | |
|---|---|---|
| **FIVE** days prior to P-T Conf. | - | ALL discovery must be completed |
| **SEVEN** days prior to P-T Conf. | - | Attorneys can request to appear at the P-T Conf telephonically |
| **FIFTEEN** days prior to P-T Conf. | - | Resume of experts and their reports must be exchanged |
| **SEVENTEEN** days prior to P-T Conf. | - | Attorneys must meet |
| **SIXTY** days prior to P-T Conf. | - | ALL Motions for Summary Judgment and Motions for Judgment on the Pleadings must be filed |

**EXCEPT AS OTHERWISE MODIFIED HEREIN, THE PARTIES MUST COMPLY IN FULL WITH LOCAL RULE 16.1 OF THIS COURT. THE PROVISIONS OF THIS ORDER SHALL SUPERSEDE ANY DEADLINES OR SCHEDULES AGREED UPON BY THE PARTIES.**

**TRIAL DATE:**  **PARTIES MUST BE READY FOR TRIAL AT ANY TIME AFTER THE PRE-TRIAL CONFERENCE. THERE WILL BE NO CALENDAR CALL.**

A PRE-TRIAL STIPULATION or UNILATERAL PRE-TRIAL CATALOG must be filed with the Clerk of this Court, on or before **noon, September 12, 2008. FAILURE TO COMPLY WITH THIS PROVISION SHALL RESULT IN THE CASE BEING DISMISSED WITHOUT PREJUDICE.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___1st___ day of April, 2008.

                                                                              /s/ William J. Zloch
                                                                              WILLIAM J. ZLOCH
                                                                              United States District Judge

Copies furnished:
All Counsel of Record