# **AFFIDAVIT OF BRADFORD MARINE, INC.**

Before me the undersigned authority personally appeared Tom Krigger, who after being duly sworn by me did depose and state as follows:

1. I am the Vice President – Operations and Superintendent of Bradford Marine, Inc. and in that capacity I am authorized by it to make this affidavit. All statements contained herein are made to the best of my knowledge, information and belief.

2. For approximately ten years Bradford Marine has done business with MYD Marine as one of the several vendors which compete with each other to sell us the marine paint and/or paint-related accessories that our company uses in its business.

3. At no time has Bradford Marine had a contract with MYD Marine or any other paint vendor to supply marine paint and/or paint-related accessories on a long-term basis. Rather, Bradford Marine's course of dealings with MYD Marine and any other paint vendor has always been to place an order for a specific amount of marine paint and/or paint related accessories. The quantities of material that we periodically order from MYD Marine and any other paint vendor are limited to that which we expect to need in the near

{M2707441;1}

term to fulfill our then pending requirements and jobs we expect to work on in the near term.

4. After MYD Marine or any other paint vendor fills each of our orders, Bradford Marine is under no obligation to order any more material from MYD Marine or such other paint vendor, and our business relationship with each of them has always been terminable at will by either party.

*[signature]*

BRADFORD MARINE, INC.
By: Tom Krigger as its
Vice President – Operations
and Superintendent

STATE OF FLORIDA         )
                         ) ss:
COUNTY OF BROWARD        )

The foregoing instrument was sworn to and subscribed before me this 21st day of July, 2008, by Tom Krigger, Vice President – Operations and Superintendent of Bradford Marine, Inc. a Florida corporation, on behalf of the corporation. He is:

☑   personally known to me; or

☐   produced a driver's license issued by the _____ Department of Highway Safety and Motor Vehicles as identification; or

☐   produced the following identification: _____

_____
NOTARY PUBLIC, STATE OF FLORIDA

(Print, Type or Stamp Commissioned Name of Notary Public)

GENE DOUGLAS
MY COMMISSION # DD383742
EXPIRES: January 18, 2009
1-800-3-NOTARY   Fl. Notary Discount Assoc. Co.

{M2707441;1}