# **AFFIDAVIT OF JUAN ANTONIO ["TONY"] CRESPO, JR.**

1. I am over the age of twenty-one, and I make all statements in this affidavit on the basis of my personal knowledge. I have always been known to my friends and business associates as Tony Crespo.

2. I have been a resident of Broward County, Florida, since 1984, and I have been employed full time as a sales representative in the marine supply business in South Florida for more than twenty years, with a special area of expertise in marine paint. I have been employed by Donovan Marine since April, 2001, and immediately prior to that time I had been employed for many years in essentially the same position by Gold Coast Marine, which is a Broward based competitor of both Donovan Marine and MYD Marine.

3. In September of 2003 I apologized to one of my good customers, Mr. Nelson Fernandez, because I had repeated a rumor that one of his employees had told me about Mr. Fernandez and Dan Delmonico. In a few days I received a telephone call and e-mail communications from Dan Delmonico about my apology to Mr. Fernandez. Soon thereafter I called my supervisor in Donovan Marine's home office in Louisiana, Bob Sanders, who was vice-president for sales, and also James Dicks, who was then the executive vice-president at Donovan Marine's home office in Louisiana. I informed Mr. Dicks of everything that had happened.

4. In response to what I had told him, Mr. Dicks expressed his disapproval of my repeating the rumor concerning Messrs. Fernandez and Delmonico, and he gave me immediate, emphatic, and unambiguous instructions. First, he

{M2704541;3}

made it clear that I was not to communicate about this incident with anyone except counsel, and secondly, I was to wait ten minutes and then call Donovan Marine's outside general counsel in New Orleans. I fully complied with both parts of these instructions. The defamation lawsuit which Mr. Delmonico filed in Broward Circuit Court against me and Donovan Marine followed soon thereafter. Since that time, that lawsuit by Delmonico against me has been resolved.

5. Since I began my employment with Donovan Marine through the present, my base salary and my commission rate and my fringe benefits have remained unchanged. I have not been paid or promised any bonus.

6. The rumor that I repeated to several people in the summer of 2003 about Nelson Fernandez and Dan Delmonico has not been repeated by me thereafter to anyone except my counsel, the only exception being when I testified about those things in my February 25, 2004, deposition in the Broward Circuit lawsuit Delmonico had brought against me. Moreover, I have not said anything to anyone which is disparaging or even uncomplimentary about Fernandez or Delmonico or their respective companies on any other occasion.

7. Bradford Marine is one of the largest yacht refinishing companies in Broward county, and I have solicited marine paint business there for at least as long as I have been employed by Donovan Marine. I had very little success there until approximately April, 2006, when I was able to persuade Bradford's then-purchasing manager, Enrique Pietri, to start giving me a meaningful but modest amount of Bradford's business. I never discussed

{M2704541;3}

with Mr. Pietri or otherwise referred to the rumor which triggered the Delmonico lawsuit. I only mentioned the lawsuit to Mr. Pietri in the fall of 2006 in the specific context of the subpoena which I had learned that Delmonico's lawyers were sending to Bradford Marine. At that time, I became aware that Delmonico's attorneys were sending a subpoena to Bradford Marine, and that full compliance with that subpoena may be both burdensome and annoying to Bradford, especially to Mr. Pietri. I never discussed with Pietri what the substance of the case was about, but by the time I mentioned the subpoena to Pietri in the fall of 2006 he demonstrated his full awareness of the Delmonico lawsuit and his anger about being dragged into it even indirectly as a witness.

8. I do not know or recall ever meeting or speaking with Todd Erwin or his associate Mike Frankinberger, nor did I ever call on Mr. Erwin's company as a prospective customer. I am not aware that MYD has ever had any relationship with Erwin Marine or Jackson Marine.

_____
JUAN ANTONIO CRESPO, JR.

STATE OF FLORIDA        )
                        ) ss:
COUNTY OF BROWARD       )

The foregoing instrument was sworn to and subscribed before me this 21 day of July, 2008, by Juan Antonio Crespo, Jr., who is:

☒ personally known to me; or

☐ produced a driver's license issued by the Florida Department of Highway Safety and Motor Vehicles as identification;



CHARLES PHILLIP FAIDLEY
MY COMMISSION # DD619689
EXPIRES December 05, 2010
(407)398-0153  FloridaNotaryService.com

NOTARY PUBLIC, STATE OF FLORIDA

{M2704541;3}