UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  07-61624-CIV-ZLOCH

MYD MARINE DISTRIBUTORS,
INC., and DANIEL DEL MONICO,

      Plaintiffs,

vs.                                        <u>**O R D E R**</u>

DONOVAN MARINE, INC.,

      Defendant.
_____/

THIS MATTER is before the Court upon Defendant Donovan Marine, Inc.'s Motion To Strike Plaintiffs' Undisclosed Expert (DE 38). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Pursuant to Local Rule 7.1.A.3 of the United States District Court for the Southern District of Florida, counsel for the party making a motion such as the instant one must confer with opposing counsel in an effort to resolve the issues raised therein.  In addition to so conferring, the motion must include a certification that said conference occurred.  Failure to comply with Local Rule 7.1.A.3 is grounds for denying the deficient motion.  The Court notes that the instant Motion contains no certification that counsel for Defendant conferred with opposing counsel.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Defendant Donovan Marine, Inc.'s Motion To Strike Plaintiffs' Undisclosed Expert (DE 38) be and the

same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___30th___ day of July, 2008.

William J. Z

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record

2