UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 07-CIV-61624-ZLOCH

MYD MARINE DISTRIBUTORS, INC., et. al.,

    Plaintiffs,

vs.

DONOVAN MARINE, INC.,
a Louisiana corporation,

    Defendant.
_____/

## AGREED MOTION TO MODIFY STARTING TIME FOR PRETRIAL CONFERENCE

    Defendant respectfully moves the Court for a slight modification of the 9:30 a.m. starting time which the Court has set for the September 26, 2008 Pretrial Conference in this case.  The Court has already heard on many occasions about the parallel state court proceedings involving these parties, and by the most remarkable of coincidences the call of the trial calendar is also set for the same day, beginning at 9:00 am in the Broward circuit court.  Defendant's undersigned counsel is the lead counsel in both cases, but the logistics are such that it would be virtually impossible to conclude his necessary presence at the state court that morning and still arrive in the federal courthouse on time thereafter.  It is respectfully suggested that a 10:30 start time with this Court would be "cutting it close", but that if an

- 2 -

11:00 am start time is used, or any later time that same day[1], the necessary movement from place to place can be accomplished in a timely fashion.

Plaintiffs' counsel has authorized the undersigned to represent to the Court that he has no objection to the relief sought by this motion.

I hereby certify that a true copy of the foregoing was transmitted through the Court's CM/ECF system on August 18, 2008 to plaintiffs' counsel, David Ferguson, Esq., and Camar R. Jones, Esq., The Kopelowitz Ostrow Firm, P.A., 200 SW 1st Avenue, 12th Floor, Ft. Lauderdale, FL  33301.

*/s/ A. RODGER TRAYNOR. JR.*
A. Rodger Traynor, Jr.
Florida Bar Number:  241237
**AKERMAN SENTERFITT**
One Southeast Third Avenue, 25th Floor
Miami, FL  33131-1714
Phone:  (305) 374-5600
Fax:  (305) 374-5095
E-mail:  rodger.traynor@akerman.com
Attorneys for Donovan Marine, Inc.

---

[1] Both sides are anxious for the Pretrial Conference to take place on September 26, and hope that it will not be necessary to move it to another day.