UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

MYD MARINE DISTRIBUTORS,            CASE NO. 07-CIV-61624-ZLOCH
INC., et. al.,

       Plaintiffs,

vs.

DONOVAN MARINE, INC.,
a Louisiana corporation,

       Defendant.
_____/

## DEFENDANT'S UNILATERAL PRE-TRIAL CATALOGUE

The pages which follow are the last revisions of a proposed Pre-Trial Stipulation, to which defendant has attached only its own witness and exhibit list, all of which are due to be filed by noon on September 12, 2008.  Because undersigned defense counsel is leaving the country at 2pm on September 5 for a one week vacation, counsel for both sides met in person yesterday for an extensive review of the proposed stipulation in this exact format, which was authored by defense counsel.  At the end of that session, plaintiff's counsel *tentatively* approved it, and promised to furnish plaintiff's witness and exhibit lists before 2pm, September 5, along with any last minute additions or proposed revisions.  Plaintiff's counsel has been unreachable so far today, so this is filed as defendant's

- 2 -

compliance under Local Rule 16.1F.  It is the hope and expectation of the undersigned that plaintiff's counsel will both literally and figuratively "sign –off" on the attached stipulation exactly as written, and that he will furnish plaintiff's witness and exhibit list by the September 12 noon deadline.

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was transmitted through the Court's CM/ECF system on September 5, 2008 to plaintiffs' counsel, **Holiday Russell, Esq**., 1930 Harrison Street, Suite 309, Hollywood, FL  33020 Florida  33308.

*/s/ A. RODGER TRAYNOR. JR.*
A. Rodger Traynor, Jr.
Florida Bar Number:  241237
**AKERMAN SENTERFITT**
One Southeast Third Avenue, 25th Floor
Miami, FL  33131-1714
Phone:  (305) 374-5600
Fax:  (305) 374-5095
E-mail:  rodger.traynor@akerman.com
Attorneys for Donovan Marine, Inc.

- 3 -

# *FINAL DRAFT*

Pursuant to Local Rule 16.1(E) the parties jointly show the Court as follows:

1.  This is a case involving two plaintiffs who assert that [A] defendant tortiously interfered with the corporate plaintiff's relationship with two of its customers resulting in reduced sales; and [B] defendant was negligent in its supervision or its retention of its salesman who actually committed the interference.

2.  The basis for federal jurisdiction is complete diversity of citizenship as between the parties, and a claim for money damages in excess of $230,000.

3.  The pleadings which raise the issues are Plaintiffs' Amended Complaint [DE 5], and Defendant's Answer and Affirmative Defenses [DE 17].

4.  The following are undisposed of motions as of September 5, 2008:

    A.  Plaintiffs' Motion to Compel Better Responses to Discovery [DE 46] and Defendant's Response thereto [DE 60]

    B.  Defendant's Motion for Summary Judgment As to All Issues [DE 49]  - - no response since July 25, 2008

    C.  Plaintiff's Motion for Attorney's Fees [DE 55] - - no response

    D.  Defendant's Renewed Motion to Strike Plaintiffs' Undisclosed Expert  [DE 57] - - no response

    E.  Agreed Motions to Modify Starting Time for Pretrial Conference  [DE 61 & 68]

    F.    Third Motion for Extension of Time to File Response to Defendant's Motion for Summary Judgment as To All Issues [DE 66] - - no response.

    G.    The parties may each file a motion for a *Daubert* hearing, but as of this date the need for such cannot be determined until expert depositions are concluded, which the parties have agreed, subject to this Court's approval will be no later than September 19 for Plaintiff's expert and by September 26 for Defendant's rebuttal expert.

    H.    The parties' Joint Motion to Extend Certain Deadlines [DE 69]

5.    *Uncontested Facts*:  At all times material to this dispute Daniel Delmonico has been the sole shareholder of MYD Marine Distributors, Inc., and Tony Crespo has been a salesman employed in South Florida by the defendant. The corporate plaintiff and the defendant and a third party, Gold Coast Marine, are all among the several competitors in the distribution of marine paint and paint related accessories, and since April 2006 all three of those companies have sold substantial quantities of such materials to Bradford Marine in Ft. Lauderdale.  The spreadsheet sent by e-mail on July 21, 2008, from Bradford Marine to its counsel, Robin Murray, Esq. is an accurate and complete database which reflects the payment dates and amounts and the indicated categories of all of the numerous purchases of marine paint and paint-related accessories by Bradford Marine between 1/1/03 and 5/31/08.  The parties may prepare for the jury's consideration their respective

summaries and tabulations of those purchases showing various subsets of the data as each party may elect.

6. *Issues of Fact for Trial*

    A.    Whether the damages which plaintiffs claim in this case were proximately caused by the acts or omissions of which plaintiffs complain.

    B.    Whether plaintiffs took reasonable steps to mitigate the damages which they claim.

    C.    Whether Tony Crespo said anything disparaging about either of the plaintiffs at any time after September, 2003.

    D.    Whether anything Tony Crespo ever said about either of the plaintiffs was either true or substantially true.

    E.    Whether Tony Crespo's statements concerning Nelson Fernandez and Daniel Delmonico were in furtherance of the interests of Donovan Marine.

7. *Issues of Law on Which There Is Agreement* - Any amount which the jury may award to either plaintiff in this case must be reduced by any amount which may have been already awarded by that time to Daniel Delmonico in Broward Circuit Court Case No. 03-19435.

8. *<u>Contested Issues of Law</u>:*

    A. Whether Daniel Delmonico is a proper plaintiff for any of the claims asserted in this case.

    B. Whether Plaintiffs' Claims are barred by the Single Publication/ Single Action Rule.

    C. Whether the Single Publication/Single Action Rule is overridden by the Multiple Publication Rule or Republication Rule.

Respectfully Submitted, September __, 2008.

_____
A. Rodger Traynor, Jr.
Florida Bar No.: 241237
Counsel for Defendant
AKERMAN SENTERFITT
One S.E. Third Avenue, 25th Floor
Miami, Florida 33131
Phone:  (305) 374-5600
Fax:  (305) 374-5095

_____
Holiday Hunt Russell
Florida Bar No.: 955914
Counsel for Plaintiff
THE LAW OFFICES OF HOLIDAY HUNT RUSSELL, Chartered
1930 Harrison Street, Suite 309
Hollywood, Florida  33308
Phone: (954) 920-5153
Fax: (954) 920-5126