UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61624-CIV-ZLOCH/SNOW

MYD MARINE DISTRIBUTORS, INC.
and DANIEL DELMONICO,

    Plaintiffs,

vs.

DONOVAN MARINE, INC.,

    Defendant.
_____/

## PLAINTIFFS' UNILATERAL PRETRIAL CATALOG

Plaintiffs in the above-captioned action file this their Unilateral Pretrial Catalog and state the following:

Attached hereto as the "Final Draft" of the parties' joint pretrial stipulation which has been reviewed and agreed upon by counsel. Earlier today counsel for Donovan Marine filed this document as its "Unilateral Pretrial Catalogue" for the reason that counsel was leaving town for vacation. Due to the need of the undersigned counsel to finalize and file Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, Plaintiffs' undersigned counsel was delayed in preparing and filing Plaintiffs' witness and exhibit list earlier in the day as discussed with Defendant's counsel, the delay being only a few hours.

Thus, the attached "Final Draft" consists of the Joint Pretrial Stipulation of the parties, and includes the witness and exhibit list of Plaintiffs.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        Respectfully submitted,

        THE LAW OFFICES OF
        HOLIDAY HUNT RUSSELL, CHARTERED
        1930 Harrison Street, Suite 309
        Hollywood, Florida 33020
        Telephone: 954.920.5153
        Facsimile: 954.920.5126
        Email: hhrussell@holidayrussell.com

        By:      s/Holiday Hunt Russell
              HOLIDAY HUNT RUSSELL
              FL BAR NO.: 955914

## SERVICE LIST

MYD Marine Distributors, Inc. & Dan DelMonico v. Donovan Marine, Inc.
Case No.: 07-61624-CIV-ZLOCH/SNOW
United States District Court, Southern District of Florida

A. Rodger Traynor, Jr., Esq.
rodger.traynor@akerman.com
Akerman Senterfitt
SunTrust International Center
One Southeast Third Avenue
25th Floor
Miami, Florida 33131-1704
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
Attorneys for Defendant
via Notice of Electronic Filing