UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61624-CIV-ZLOCH

MYD MARINE DISTRIBUTORS,
INC., and DANIEL DEL MONICO,

    Plaintiffs,

vs.                               **O R D E R**

DONOVAN MARINE, INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiffs' Agreed Motion To Modify Starting Time For Pretrial Conference (DE 68). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiffs' Agreed Motion To Modify Starting Time For Pretrial Conference (DE 68) be and the same is hereby **GRANTED**; and

    2. The above-styled cause is hereby **RESET** for Pre-Trial Conference on September 26, 2008, at 10:45 a.m. at the United States Courthouse, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Broward County, Florida.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this     8th     day of September, 2008.

                                WILLIAM J. ZLOCH
                                United States District Judge

Copies furnished:

All Counsel of Record