UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61624-CIV-ZLOCH/SNOW

MYD MARINE DISTRIBUTORS, INC.
and DANIEL DELMONICO,

       Plaintiffs,

vs.

DONOVAN MARINE, INC.,

       Defendant.
_____/

### PLAINTIFFS' OBJECTIONS TO DEFENDANT'S EXHIBITS

Plaintiffs in the above-captioned, pursuant to Paragraph 10 of the Court's Order on Trial Instructions dated April 1, 2008, hereby serves their objections to the Exhibits listed by Defendant in their Pretrial Catalog [DE 70], said objections being noted by rule number in reference to the Federal Rules of Civil Procedure on the document attached hereto as an Exhibit and incorporated herein by this reference, said document consisting of Exhibit 2 to Defendant's Pretrial Catalog.

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                              Respectfully submitted,

                              THE LAW OFFICES OF
                              HOLIDAY HUNT RUSSELL, CHARTERED
                              1930 Harrison Street, Suite 309
                              Hollywood, Florida 33020
                              Telephone: 954.920.5153
                              Facsimile: 954.920.5126
                              Email: hhrussell@holidayrussell.com

                By:       s/Holiday Hunt Russell
                              HOLIDAY HUNT RUSSELL
                              FL BAR NO.: 955914

## SERVICE LIST

MYD Marine Distributors, Inc. & Dan DelMonico v. Donovan Marine, Inc.
Case No.: 07-61624-CIV-ZLOCH/SNOW
United States District Court, Southern District of Florida

A. Rodger Traynor, Jr., Esq.
rodger.traynor@akerman.com
Akerman Senterfitt
SunTrust International Center
One Southeast Third Avenue
25th Floor
Miami, Florida 33131-1704
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
Attorneys for Defendant
via Notice of Electronic Filing

## DONOVAN MARINE'S EXHIBIT LIST

| EXH. # | DOCUMENT | OBJECTION |
|---|---|---|
|  | Table Summarizing Bradford's quarterly total paint and paint accessory purchases from MYD, Gold & Donovan from 1/1/03 through 5/30/08 | Rule 901<br>Rule 1006 |
|  | Table Summarizing Bradford's quarterly purchases of Petit or Interlux paint from Donovan and Gold Coast from 1/1/03 through 5/30/08 | Rule 901<br>Rule 1006 |
|  | Table Summarizing Bradford's quarterly purchases of SeaHawk or Sterling or Propspeed products from MYD 1/1/03 through 5/30/08 | Rule 901<br>Rule 1006 |
|  | Table Summarizing Bradford Marine's quarterly purchases of "competitive" paint and paint accessories from Donovan and Gold Coast and MYD from 1/1/03 through 5/30/08 | Rule 901<br>Rule 1006 |
|  | Documents produced by Erwin Marine showing paint and paint accessory purchases from Gold Coast and MYD 2001 - 2007 | Rule 901<br>Rule 1006 |
|  | MYD Marine Promotional "Bikini" Calendars | Rules 402+403<br>Rule 802 |
|  | E-mail from Dan Delmonico to Crespo dated September 26, 2003; *Exhibit 4 to Delmonico Deposition* | Rules 402+403 |
|  | E-mail from Dan Delmonico to Crespo dated September 29, 2003 | Rules 402+403 |
|  | E-mail from Dan Delmonico to Fred Kirkland and Ron Baker, 11/21/2004 | Rules 402+403 |

| EXH. # | DOCUMENT | OBJECTION |
|---|---|---|
|  | Exhibits 1 – 32 to Delmonico Deposition | Rules 901, 402, 403 ¢ 802 |

Any and all records received pursuant to Subpoenas Duces Tecum for Deposition and/or pursuant to Production by Non-Parties.

All records of all individuals listed on Plaintiff's Witness List.

Any and all reports and records relied upon or reviewed by any Expert Witnesses listed by either party.

All statements, affidavits, depositions, videotaped and otherwise from any witness identified during discovery.

All Exhibits marked at the depositions taken in this case.

All Exhibits listed by the Plaintiffs.

All answers to interrogatories and responses to request for production, including responses in letter form.

Such other and further impeachment or rebuttal exhibits as may be developed or may be necessary.

Defendant reserves the right to supplement its Exhibit List as exhibits become known to Defendant and upon proper notice to Plaintiff.

Defendant reserves all objections to all exhibits offered and/or listed by the Plaintiff including but not limited to, best evidence, relevancy, materiality and hearsay.

Objection to all of these for failure to comply with Paragraph 10 of the Order on Trial Instructions – grouping the documents in this way prevents specific objection by Plaintiffs.

{M2584838;3}                                       2