UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61624-CIV-ZLOCH

MYD MARINE DISTRIBUTORS, INC.,
and DANIEL DEL MONICO,

    Plaintiff,

vs. **O R D E R**

DONOVAN MARINE, INC.,

    Defendant.
_____/

THIS MATTER is before the Court upon Defendant Donovan Marine, Inc.'s Renewed Motion To Strike Plaintiffs' Undisclosed Expert (DE 57). The Court has carefully considered said Motion and the entire court file and is otherwise fully advised in the premises.

By the instant Motion (DE 57) Defendant seeks an order from the Court preventing Plaintiff from calling any witnesses to testify as experts if they were not properly disclosed as of the date of filing the Motion. The Court has already twice ordered the Parties to disclose their experts. First, by prior Order (DE 23) the Court ordered both Parties to disclose the identity of any potential experts at the Parties' scheduling conference. See DE 23, p. 2 (requiring the disclosure of, inter alia, the identify of experts pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) by noon on April 22, 2008). Thereafter, the Court granted Plaintiffs' Motion For Extension Of Time To Submit Expert Reports (DE 33). The Court ordered expert reports to be disclosed by noon on Monday,

June 16, 2008.  See DE 34.

In the instant Motion, Defendant argues that Plaintiffs failed to disclose their expert report by the deadline set by the Court. Thus, any expert not timely disclosed cannot testify at trial. See Fed. R. Civ. P. 16(f)(1)(C); Fed. R. Civ. P. 37(b)(2)(A)(ii). Moreover, Plaintiffs have failed to respond to the instant Motion, and said failure to respond within the time allotted by Local Rule is, in itself, grounds for granting the same by default. See S.D. Fla. L.R. 7.1.C.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant Donovan Marine, Inc.'s Renewed Motion To Strike Plaintiffs' Undisclosed Expert (DE 57) be and the same is hereby **GRANTED**; and

2. Plaintiff shall be precluded from offering any expert testimony from any expert whose report was not timely disclosed by Monday, June 16, 2008.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___19th___ day of September, 2008.

/s/ William J. Zloch
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record